# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JAMES BRONSON BELVAL,

      Plaintiff,

    v.

WARE STATE PRISON,

      Defendant.

5:23-cv-58

## ORDER

Plaintiff filed a 42 U.S.C. § 1983 Complaint and alleged Defendant violated his constitutional rights. Dkt. No. 1. Plaintiff moved for and was granted *in forma pauperis* status and was to provide the Court with his relevant financial information. Dkt. Nos. 5, 9. The Magistrate Judge also granted Plaintiff two extensions of time to provide his trust account information. Dkt. Nos. 12, 14. Plaintiff has now filed a Motion to Dismiss his Complaint and asserts prison officials have yet to provide him with a completed trust account statement. Dkt. No. 15.

Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph . . . is without

prejudice." Upon due consideration, the Court **GRANTS** Plaintiff's Motion to Dismiss his § 1983 Complaint voluntarily. Consequently, the Court **DISMISSES without prejudice** Plaintiff's Complaint, **DENIES as moot** any outstanding Motions, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

    **SO ORDERED**, this ___ day of October, 2023.

                            _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA