AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES BRONSON BELVAL,

    Plaintiff,

v.

WARE STATE PRISON,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-58

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 2, 2023, Plaintiff's motion to voluntarily dismiss his § 1983 complaint is granted. Therefore, the complaint is dismissed without prejudice, and any outstanding motions are denied as moot. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: October 3, 2023

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020